# Exhibit 4

**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**

PROVIDENCE, SC.                                                                         SUPERIOR COURT

## ORDER

RE:   COVID-19 Business Recovery Plan - Program Coordinator

In accordance with Section 8(b) of Administrative Order No. 2020-04, establishing the Superior Court COVID-19 Business Recovery Plan, Mark Russo and John Dorsey of Ferrucci Russo P.C. are hereby designated as Program Coordinators.

BY ORDER OF:

_____/s/_____
**ALICE BRIDGET GIBNEY**
**PRESIDING JUSTICE**

**DATED: March 31, 2020**