# Exhibit 6

Case Number: PM-2021-00006
Filed in Providence/Bristol County Superior Court
Submitted: 4/5/2021 9:25 AM
Envelope: 3037335
Reviewer: Zoila C.

Case 1:21-cv-00153-MSM-PAS   Document 1-6   Filed 04/06/21   Page 2 of 3 PageID #: 55

| | |
|---|---|
| STATE OF RHODE ISLAND<br>PROVIDENCE, SC | SUPERIOR COURT |

)
PETER MUMMA, in his capacity as Chief  )
Executive Officer and President of the  )
Board of Directors of Phoenix Houses of  )
New England, Inc.,  )
    *Petitioner*,  )
)
v.  )    C.A. No. PM-2021-00006
)
PHOENIX HOUSES OF NEW  )
ENGLAND, INC.,  )
    *Respondent*.  )
)

## ORDER

The above-captioned matter came before the Honorable Brian P. Stern on the *ex parte* emergency request (the "Petition for Instructions") of Jonathan N. Savage, Esq. (the "Special Master"), solely in his capacity as Permanent Non-Liquidating Special Master of Phoenix Houses of New England, Inc. ("Phoenix House"), for an order authorizing the Special Master to file a lawsuit against the United States Small Business Administration (the "SBA") and its Administrator, in her official capacity, in the United States District Court for the District of Rhode Island.

### ORDERED, ADJUGED, AND DECREED

1. That the relief requested in the Special Master's Petition for Instructions is GRANTED;

2. That the Special Master, in conjunction with the COVID-19 Business Recovery Plan Program Coordinator, is hereby authorized to file a lawsuit against the SBA and its Administrator seeking declaratory and injunctive relief, as described in the Petition for Instructions;

Case Number: PM-2021-00006
Filed in Providence/Bristol County Superior Court
Submitted: 4/5/2021 9:25 AM
Envelope: 3037335
Reviewer: Zoila C.

Case 1:21-cv-00133-MSM-PAS   Document 1-6   Filed 04/06/21   Page 3 of 3 PageID #: 56

3. That Phoenix House shall submit an Amended Operating Plan which sets forth the specific purposes for which the second draw Paycheck Protection Program funds will be used;

4. That upon approval of the Amended Operating Plan, the Special Master is authorized and directed to provide notice of the use of the second draw Paycheck Protection Program funds to the United States District Court for the District of Rhode Island and the SBA; and

5. That all the Special Master's acts and doings relative to the Petition for Instructions are approved, confirmed, and ratified.

ENTERED as an order of this Court of this __5th__ day of April, 2021.

ENTERED:

*Brian P. Stern, J.*
Stern, J.
Date: April __5__, 2021

BY ORDER:

/s/ Carin Miley
Deputy Clerk I
Deputy Clerk, Superior Court
Date: April __5__, 2021

Respectfully Presented By,
Jonathan N. Savage, Esq., solely in his
capacity as Permanent Special Master
of Phoenix Houses of New England, Inc.,
By His Counsel,

/s/ *Christopher J. Fragomeni*
Christopher J. Fragomeni, Esq. (9476)
Edward D. Pare III, Esq. (9698)
Savage Law Partners, LLP
39 Pike Street
Providence, RI 02903
Tel: (401) 238-8500
Fax: (401) 648-674
chris@savagelawpartners.com
epare@savagelawpartners.com

2